UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Scott H.,

    Plaintiff,

v.

Commissioner of Social Security,

    Defendant.
_____/

CASE NUMBER: 22-11346
HONORABLE VICTORIA A. ROBERTS
MAGISTRATE JUDGE PATTI

## ORDER ADOPTING REPORT AND RECOMMENDATION

On May 31, 2023, Magistrate Judge Patti issued a Report and Recommendation [Doc. 25], recommending that Defendant's Motion for Summary Judgement [Doc. 20] be **GRANTED** and Plaintiff's Motion for Summary Judgment [Doc. 17] be **DENIED**. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Accordingly, the Court adopts the Report and Recommendation.

Defendant's motion is **GRANTED** and Plaintiff's motion is **DENIED**. Judgment will enter in favor of Defendant.

    **ORDERED**.

s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: June 16, 2023